■ George S. Moss, Appellant, v. Roy M. Carstairs, Respondent, et al., Defendants. Roy M. Carstairs, Respondent, v. George S. Moss et al., Appellants.— Motion by appellants, renewed on the argument of the appeal, to amend the caption in the notice of appeal so as to include additional respondents, denied. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ Evelyn O'Leary et al., Respondents, v. Braile, Inc., et al., Appellants.— Motion by respondents to dismiss appeal denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ The People of the State of New York, Respondent, v. Samuel Barber, Appellant.— On the court's own motion, the decision handed down December 5, 1960, is amended by striking out the designation of Louis W. Arnold, Jr., Esq., as counsel to prosecute the appeal, and by designating Edward J. Cambridge, 549 Nostrand Avenue, Brooklyn, New York, as such counsel. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ The People of the State of New York, Respondent, v. Faust Blasetti, Appellant.— Motion by appellant for reconsideration of his motion to dispense with printing, denied. The papers submitted do not show indigence on the part of appellant. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ The People of the State of New York, Respondent, v. Edward Campbell, Appellant.— Motion by appellant for enlargement of time to perfect appeal, granted; time enlarged to the March Term, commencing February 27, 1961; appeal is ordered on the calendar for said term. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ (A) The People of the State of New York, Respondent, v. Willie Lee London, Appellant. (B) The People of the State of New York, Respondent, v. Peter O. Williams, Appellant.— Motion by respondent to dismiss appeal granted, and appeal dismissed. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ The People of the State of New York, Respondent, v. Louis Michael Grieco, Defendant, and John Shahinian and Lillian Shahinian, Also Known as Lillian Emmons, Appellants.— Motion by appellants for enlargement of time to perfect their appeal, granted; time enlarged to the April Term, commencing March 27, 1961; appeal is ordered on the calendar for said term. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ The People of the State of New York ex rel. Louis G. Quinones, Appellant, v. Francis O'Neill, as Senior Director of Central Islip State Hospital, Respondent.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the Attorney-General. The appellant's time to perfect the appeal is enlarged to the April Term, beginning March 27, 1961; the appeal is ordered on the calendar for said term. Motion by appellant for assignment of counsel to prosecute the appeal, denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.